**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT<br>FOR DAMAGES FOR INDIVIDUAL<br>CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Christopher Draper

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NA

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   North Carolina

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   Western District of North Carolina, Asheville Division

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

- G2® Express (G2®X) Vena Cava Filter
- Eclipse® Vena Cava Filter
- Meridian® Vena Cava Filter
- ☒ Denali® Vena Cava Filter
- Other: _____

11. Date of Implantation as to each product:

   03/02/2015 _____

   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   ☒ Count I: Strict Products Liability – Manufacturing Defect

   ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

   ☒ Count III: Strict Products Liability – Design Defect

   ☒ Count IV: Negligence - Design

   ☒ Count V: Negligence - Manufacture

   ☒ Count VI: Negligence – Failure to Recall/Retrofit

   ☒ Count VII: Negligence – Failure to Warn

   ☒ Count VIII: Negligent Misrepresentation

   ☒ Count IX: Negligence *Per Se*

   ☒ Count X: Breach of Express Warranty

   ☒ Count XI: Breach of Implied Warranty

   ☒ Count XII: Fraudulent Misrepresentationmber 16, 2010

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this _28_ th day of _December_, 20_18_.

MCSWEENEY/LANGEVIN LLC

By: /s/ David M. Langevin

David M. Langevin
Rhett A. McSweeney
2116 2nd Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff(s)